DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GWENDELYN NICOLE CHAPPELL**,
Appellant,

v.

**DEPARTMENT OF REVENUE, CHILD SUPPORT PROGRAM** and
**COBY KENNETH KEMPTON,**
Appellees.

No. 4D22-215

[November 17, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Linda Alley, Judge; L.T. Case No. FMCE20002219.

Gwendelyn Chappell, Fort Lauderdale, pro se.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for appellee Department of Revenue.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***